In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00273-CV
_____


IN THE INTEREST OF C.N.C., A.M.C. AND K.D.C.

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 11-04-04222-CV

MEMORANDUM OPINION

Appellant, Shayna Louise Crouch, filed a notice of appeal from the trial court's judgment dated March 31, 2016. The trial court clerk notified the Court of Appeals that Appellant was not entitled to appeal without paying fees and that Appellant neither paid for, nor made arrangements to pay for, preparing the record. On September 2, 2016, we notified the parties that the appeal would be dismissed if Appellant failed to pay for and file a record. On September 6, 2016, we further notified the parties that the appeal would be dismissed unless Appellant remitted

the initial filing fee for the appeal. Appellant has not responded to this Court's notices.

Appellant did not file a statement of inability to afford payment of court costs, and she has not shown that she is entitled to proceed without paying costs. *See* Tex. R. App. P. 20.1. Although she was given an opportunity to cure, Appellant failed to make arrangements to pay for and file a record. *See* Tex. R. App. P. 37.3(b). Furthermore, Appellant has not responded to our notices. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on October 19, 2016
Opinion Delivered October 20, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.

2